IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| WALTER JASON PURKHISER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 119-214 |
| | ) | |
| ANNA RUTH PURKHISER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. The Magistrate Judge recommended dismissing as moot Plaintiff's motion to proceed *in forma pauperis* ("IFP"). (Doc. no. 8.) However, having considered Plaintiff's affidavit of poverty, the Court **GRANTS** his request to proceed IFP. (Doc. no. 2.) If in the future, however, it appears Plaintiff's financial situation has improved, the Court may require him to pay either the entire filing fee or an appropriately determined partial filing fee.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge, as modified herein, as its opinion, **DISMISSES** this case, **DENIES AS MOOT**

Plaintiff's Motion for Discovery, (doc. no. 3), and **CLOSES** this civil action.

SO ORDERED this 4th day of March, 2020, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA